█ In the Matter of MAURICE HADDOCK, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [3 NYS3d 646]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of the Commissioner of Corrections and Community

Supervision which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the proceeding is dismissed as moot (*see Matter of Pasley v Annucci*, 122 AD3d 1039 [2014]; *Matter of Bank v Racette*, 122 AD3d 991 [2014]).

Peters, P.J., Garry, Rose and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.